**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12707
Non-Argument Calendar
_____

ELIZABETH LESVIA PEREZ ROBLERO,

*Petitioner,*

*versus*

U.S. ATTORNEY GENERAL,

*Respondent.*

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A208-862-668
_____

Before WILLIAM PRYOR, Chief Judge, and LUCK and LAGOA, Circuit Judges.

PER CURIAM:

Elizabeth Lesvia Perez Roblero, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals

final order affirming the immigration judge's denial of her application for asylum and withholding of removal under the Immigration and Nationality Act. 8 U.S.C. §§ 1158(a), 1231(b)(3). She argues that the immigration judge erred in determining that her family membership was not a cognizable particular social group and that the Board should have corrected the immigration judge's alleged error. We deny the petition.

We will not consider Perez Roblero's argument that the immigration judge erred in ruling that her family membership was not a cognizable particular social group because we do not consider issues that the Board did not decide. *See Gonzalez v. U.S. Att'y Gen.*, 820 F.3d 399, 403 (11th Cir. 2016), *abrogated in part on other grounds by Loper Bright Enters. v. Raimondo*, 603 U.S. 369 (2024). The Board ruled that Perez Roblero failed to challenge the immigration judge's findings that her application for asylum was untimely and that she could internally relocate to avoid future harm. Perez Roblero does not challenge those findings in her petition for review. Her argument that the Board erred by not addressing and correcting the immigration judge's findings about her alleged social group fails because the Board need not make findings on issues that are unnecessary to its decision. *INS v. Bagamasbad*, 429 U.S. 24, 25 (1976).

We **DENY** the petition.